IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AVNET, INC., a New York Corporation,

    Plaintiff,

v.

BITMICRO NETWORKS, INC., a California corporation,

    Defendant.

No. C 13-03568 WHA

**ORDER RE JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

On October 29, the parties filed a joint stipulation to extend defendant's time to answer or otherwise respond to the complaint (Dkt. No. 15). The joint stipulation states, "Subject to the approval of the Court, BiTMICRO's time to answer or otherwise respond to the Complaint will be extended until November 18, 2013." Although Civil Local Rule 6-1(a) allows parties to make such a stipulation without a court order, this order nonetheless approves of the parties' joint stipulation.

**IT IS SO ORDERED.**

Dated: October 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE