IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AVNET, INC., a New York Corporation,

    Plaintiff,

v.

BITMICRO NETWORKS, INC., a California Corporation,

    Defendant.

No. C 13-03568 WHA

**ORDER RE STIPULATION ON ENTRY OF JUDGMENT AND REQUEST FOR COURT TO RETAIN JURISDICTION**

    The parties have filed a joint stipulation, under which defendant BiTMICRO Networks, Inc. would make scheduled payments to plaintiff Avnet, Inc., with the last payment set for May 5, 2014 (Dkt. No. 17). In exchange, Avnet will not request entry of judgment against BiTMICRO, and the parties will file a joint stipulation for dismissal of this matter with prejudice. Also in the parties' stipulation is a request that "the Court retain jurisdiction of this Action and over the Parties personally until final performance of the Agreement and the Stipulated Judgment executed concurrently herewith."

    Before the Court can agree to retain such jurisdiction, the Court should know in advance what the settlement agreement is. Accordingly, the parties are requested to please lodge a copy of their settlement agreement by **NOON ON NOVEMBER 8**.

The parties should also be aware that the Court would approve of a request to retain jurisdiction only up to the last court day of June 2013.  Meanwhile, all other deadlines in this matter shall continue to apply.

**IT IS SO ORDERED.**

Dated:  November 1, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California