IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AVNET, INC., a New York corporation,

    Plaintiff,

v.

BITMICRO NETWORKS, INC., a California corporation,

    Defendant.

No. C 13-03568 WHA

**SECOND ORDER RE STIPULATION ON ENTRY OF JUDGMENT AND REQUEST FOR COURT TO RETAIN JURISDICTION**

    Having read the stipulation on entry of judgment and request to retain jurisdiction (Dkt. No. 17), as well as the parties' settlement agreement (Dkt. No. 19), the Court is willing to retain jurisdiction up to May 9, 2014 to enforce the payment schedule in the settlement agreement so long as the action is otherwise dismissed immediately.  The case management conference set for November 7 will go forward and counsel may present at that time a proposed order dismissing the case, subject to the retention of jurisdiction up to May 9, 2014.

    **IT IS SO ORDERED.**

Dated: November 5, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE