1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-OAKLAND

| | |
|---|---|
| AVNET, INC., a New York corporation<br><br>Plaintiff,<br><br>vs.<br><br>BITMICRO NETWORKS, INC.,<br>a California corporation<br><br>Defendants. | **CASE NO.: 3:13-cv-03568 WHA**<br><br>Assigned to: Hon. William H. Alsup<br><br>**[PROPOSED]ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT** |

[PROPOSED]ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT

# [PROPOSED] ORDER

Plaintiff Avnet, Inc. ("Avnet") and Defendant BiTMICRO Networks, Inc. ("BiTMICRO") (Avnet and BiTMICRO are jointly referred to as "Parties"), by and through their undersigned counsel, have lodged a signed Settlement Agreement and jointly request that all causes of action set forth in Avnet's complaint be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, subject to the Court's express retention of jurisdiction to enforce ~~the terms of the Parties' Settlement Agreement, if necessary.~~ the payment schedule in the parties' Settlement Agreement, if necessary.

IT IS THEREFORE ORDERED that Avnet's claims against BiTMICRO are hereby dismissed and that the Court retains jurisdiction to enforce ~~the terms of the Parties' Settlement Agreement through and including May 9, 2014~~. the payment schedule in the parties' Settlement Agreement through and including May 9, 2014.

Dated: __November 6__, 2013.   _____
United States District Court Judge

[~~PROPOSED~~] ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT